IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WENDELL ADRIAN BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-cv-00012 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| DR. YVONNE NEAU, et al., ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendant(s). ) | |
| ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 19). The Magistrate Judge recommends this action be dismissed without prejudice for failure to serve Defendants pursuant to Fed. R. Civ. P. 4(m) and failure to comply with a court order. On February 25, 2019, the Magistrate Judge previously ordered Plaintiff to file with the Court a written explanation showing cause for his failure to serve Defendants (Doc. No. 18). Plaintiff did not respond to the February 25, 2019, Order, has not served Defendants, and has not made any filings in this case since May 2018.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 19 at 1.) No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE